ACCEPTED
04-15-00563-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/9/2015 1:48:50 PM
KEITH HOTTLE
CLERK

04-15-00563-CV

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/9/2015 1:48:50 PM
KEITH E. HOTTLE
Clerk

## IN THE TEXAS COURT OF APPEALS FOR THE FOURTH DISTRICT SITTING IN SAN ANTONIO, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HOLLY RIDGE UNITED HEALTHCARE, P.A. and NORTH WHITEVILLE URGENT CARE & FAMILY PRACTICE, P.A., Appellants**

**vs.**

**UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY SERVICES, Appellee**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO REVERSE AND REMAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WILLIAM M. NICHOLS, P.C. | LAW OFFICES OF JOHN HENRY, P.C. |
| William M. Nichols | John P. Henry |
| State Bar No. 15006800 | State Bar No. 24055655 |
| McAllister Plaza, suite 1250 | 407 West Liberty Street |
| 9601 McAllister Freeway | Round Rock, Texas 78664 |
| San Antonio, Texas 78216-5150 | Telephone: 512/981-7301 |
| Telephone: 210/340-8880 | Facsimile: 888/909-9312 |
| Facsimile: 210/340-8885 | jhenry@jhenrylaw.com |
| william@wmnlawsa.com | ATTORNEY FOR APPELLEE |
| ATTORNEY FOR APPELLANTS | |

## JOINT MOTION TO REVERSE AND REMAND

Upon reveiw of the records filed in this case and the brief of Appellants, counsel for Appellee has advised counsel for Appellants that it is agreed that service of process upon Appellants in this restricted appeal was fatally defective and that, in the interests of judicial economy, the default judgments taken in the trial court should be vacated, and the causes remanded to the trial court for further proceedings.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants and Appellee pray that this Court grant the relief sought in this Motion; order that the default judgments taken over and against Appellants in the trial court be vacated and the causes remanded to the trial court for further proceedings.

Respectfully submitted,

WILLIAM M. NICHOLS, P.C.
McAllister Plaza, Suite 1250
9601 McAllister Freeway
San Antonio, Texas 78216-5150
Telephone: 210/340-8880
Facsimile: 210/340-8885
william@wmnlawsa.com

By: _____
William M. Nichols
State Bar No. 15006800
ATTORNEY FOR APPELLANT

LAW OFFICES OF JOHN HENRY, P.C.
407 West Liberty Street
Round Rock, Texas 78664
Telephone: 512/981-7301
Facsimile: 888/909-9312
jhenry@jhenrylaw.com

By: _____
John P. Henry
State Bar No. 24055655
ATTORNEY FOR APPELLEE

STATE OF TEXAS                    §
                                  §
COUNTY OF BEXAR                   §

BEFORE ME, the undersigned authority, before me appeared William M. Nichols, known to me to be the person whose name is subscribed to the foregoing pleading and, being by me first duly sworn, declared that he has read the contents of the above and foregoing Joint Motion to Reverse and Remand, and that the statements therein contained are within his personal knowledge are true and correct.

Given under my hand and seal of office this ____ day of December, 2015.



LISA MARIE WILSON
Notary Public, State of Texas
My Commission Expires
June 22, 2017

_____
Notary Public, State of Texas


STATE OF TEXAS                    §
                 Williamson       §
COUNTY OF ~~DALLAS~~             §

BEFORE ME, the undersigned authority, before me appeared John P. Henry, known to me to be the person whose name is subscribed to the foregoing pleading and, being by me first duly sworn, declared that he has read the contents of the above and foregoing Joint Motion to Reverse and Remand, and that the statements therein contained are within his personal knowledge are true and correct.

Given under my hand and seal of office this __7__ day of December, 2015.



CHRISTINE GONZALES
Notary Public
STATE OF TEXAS
My Comm. Exp. Sep. 9, 2017

_____
Notary Public, State of Texas